IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

United States of America                                                                    Plaintiff

VS.                                                              Criminal Action No.1:96CR55BRR

Joseph H. Graves                                                                            Defendant

## ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on Motion of the United States of America (#58) in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on March 24, 1997, in this cause; and the Court being advised, is of the opinion that the Motion is well taken and all of the unpaid portion of the fine imposed on March 24, 1997, is hereby remitted.

SO ORDERED this the 29th day of November, 2012.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
UNITED STATES DISTRICT JUDGE